IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ARTHUR GILT FARMS, LLC | ) | Case No. 10-05120-AJM-11 |
| | ) | |
| Debtor. | ) | |

**FIRST DAY MOTION FOR ENTRY OF INTERIM ORDER AUTHORIZING DEBTOR (A) TO UTILIZE CASH COLLATERAL PURSUANT TO 11 U.S.C. §363, AND (B) GRANTING ADEQUATE PROTECTION TO PREPETITION SECURED LENDER PURSUANT TO 11 U.S.C. §361**

Arthur Gilt Farms, LLC ("Debtor"), by counsel, for its First Day Motion for Entry of Interim Order (i) Authorizing Debtor to Use Cash Collateral Pursuant to 11 U.S.C. §363, and (ii) Granting Adequate Protection to Pre-Petition Secured Lender Pursuant to 11 U.S.C. §361 (the "Motion"), respectfully states as follows:

1. On April 12, 2010, (the "Petition Date"), Debtor filed its voluntary Petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§101 *et seq.*, as amended (the "Bankruptcy Code"). Debtor continues to operate its business and manage its property as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334, and venue of this case and this Motion in this District is proper pursuant to 28 U.S.C. §§1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A).

3. Debtor owns and operates a hog farm in Greenfield, Hancock County, Indiana.

4. In connection with the operation of its business, Debtor currently employs approximately 10 employees (collectively, the "Employees").

5. As of the Petition Date, Debtor was indebted to First Farmers Bank and Trust ("Lender"). Debtor has performed a preliminary investigation and analysis of the related UCC filings, and based upon this preliminary investigation believes that, without waiver of rights to challenge the validity, priority and extent of the liens, all of the aforementioned obligations may be valid, enforceable and non-avoidable, first-priority liens and security interests in substantially all of the personal property owned by Debtor.

6. Debtor has an immediate need to use cash collateral which is the subject of the liens in favor of Lender, in order to permit, among other things, the orderly continuation of the operation of Debtor's business, to pay employees, to maintain business relationships with vendors and suppliers and to satisfy other working capital needs. Use of cash collateral is necessary to prevent the immediate and irreparable harm to Debtor and its estate that would otherwise result if Debtor is prevented from obtaining use of cash collateral for the foregoing purposes.

7. All of Debtor's cash, cash equivalents and cash on deposit as of the Petition Date and all proceeds of Debtor's personal property securing Debtor's obligations to Lender, among other things, may constitute "cash collateral" (as that term is defined in Section 363(a) of the Bankruptcy Code) of Lender.

8. Lender may be entitled to adequate protection of its interests in Debtor's personal property, including any cash collateral thereof, for any diminution in value of such property or cash collateral, including any diminution resulting from the use of cash

9. Debtor believes that the use of cash collateral is fair, reasonable and necessary under the circumstances, and reflects Debtor's exercise of prudent business judgment consistent with its fiduciary duties.

10. Notice of this Motion has been given to the Office of the United States Trustee, Lender and the Debtor's twenty largest unsecured creditors. In light of the nature of the relief requested, Debtor submits that no further notice is required.

WHEREFORE, Debtor requests that the Court enter an Interim Order *nunc pro tunc* to the Petition Date providing for the following:

(a) Granting replacement liens in favor of Lender pursuant to Section 361(2) of the Bankruptcy Code to the extent that such stay and use results in a decrease in the value of Lender's interest in the cash collateral, and only to the extent, validity and priority of Lender's pre-petition liens, and deem such liens as adequate protection to Lender for use of the cash collateral;

(b) Authorizing Debtor to use cash collateral; and

(c) All other appropriate relief under the circumstances.

HOSTETLER & KOWALIK, P.C.
By: */s/ Mark A. Drummond*
    Mark A. Drummond

101 West Ohio Street, Suite 2100
Indianapolis, Indiana 46204-4211
(317) 262-1001
mad@hostetler-kowalik.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of April, 2010, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Charles R. Wharton
UNITED STATES TRUSTEE
Charles.r.wharton@usdoj.gov ; *Ustpregion10.in.ecf@usdoj.gov*

Ronald W. Buchmeier
Hopper Blackwell, PC
RBuchmeier@hopperblackwell.com

The undersigned further certifies that on the 14th day of April, 2010, a copy of the foregoing was sent to the following by facsimile transmission:

| | |
|---|---|
| SLAP, LLC | 317.467.9982 |
| Vet Care & Consultation, PC | 765.938.4304 |
| Bunge North America | 765.763.7467 |
| Standard Fertilizer Co. | 812.663.8485 |
| JBS United, Inc. | 317.758.3001 |
| Harvestland CoOp | 765.962.8758 |
| PIC USA, Inc. | 615.265.2847 |
| AC Trading | 765.884.1877 |
| JBS United Trading | 217.833.2314 |
| Elm Creek Farms, LTD | 217.357.6665 |
| Hubbard Feeds | 317.849.3568 |
| Producers Buying CoOp | 574.875.6204 |
| Carter Lumber | 330.424.7359 |
| Armstrong & Son | 317.861.6777 |
| Indiana Oxygen | 317.328.5009 |
| Climax II, Inc. | 217.285.9085 |
| Strout Crossing, LLC | 217.285.9085 |

\

5

The undersigned further certifies that on April 14th, 2010, a copy of the foregoing was sent via overnight deliver to the following:

Co-Alliance LLP
Bainbridge Feed & Animal Health
6922 N. County Road 100 East
Bainbridge, IN 46105

Pork in Blue River, LLC
8633 E. 200 South
Greenfield, IN 46140

Perguson Trucking
1843 E. 300 South
Greenfield, IN 46140

                */s/ Mark A. Drummond*
                Mark A. Drummond

HOSTETLER & KOWALIK, P.C.
101 West Ohio Street, Suite 2100
Indianapolis, IN 46204
Telephone: (317) 262-1001
Fax: (317) 262-1010
E-mail: mad@hostetler-kowalik.com