UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS  DIVISION

In re:                                          )
                                                )
Arthur Gilt Farms, LLC,                         )       CASE NO.  10-05120-AJM-11
                                                )
                        Debtor.                 )

## CHAPTER 11 §341 MINUTES
Date of Meeting: May 28, 2010

1.      Appearances:

        Debtor:                 William J. Arthur       -       Member
                                Steven E. Smith         -       Member

        Attorney for Debtor:    Mark A. Drummond

2.      Debtor examined by:     Charles R. Wharton
                                Mark A. Drummond

        Creditors:              Ronald W.  Buchmeier - First Farmers
                                Gordan Smiley

3.  Will an Unsecured Creditors' Committee be formed?     No

4.  Does meeting need to be continued?                    No

5.  Prior bankruptcy filings?                             No


                                By:/s/ Charles R. Wharton
                                Charles R. Wharton
                                Trial Attorney
                                Office of the United States Trustee
                                101 W. Ohio Street,  Suite 1000
                                Indianapolis, Indiana  46204
                                Phone: (317) 226-6101
                                Fax:    (317) 226-6356
                                E-mail: Charles.R.Wharton@usdoj.gov

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 28, 2010, a copy of the foregoing **CHAPTER 11 §341 MINUTES** was filed electronically. Notice of this filing will be sent to the following parties through the Courts Electronic Case Filing System. Parties may access this filing through the Courts system.

Mark Alan Drummond          -          mad@hostetler-kowalik.com
Ronald W. Buchmeier          -          rbuchmeier@hopperblackwell.com

I further certify that on May 28, 2010, a copy of the foregoing **CHAPTER 11 §341 MINUTES** was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Arthur Gilt Farms, LLC
1162 East 300 South
Greenfield, IN 46140

/s/ Charles R. Wharton
Charles R. Wharton
Trial Attorney