# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### Hearing Information:

| | |
|---|---|
| **Debtor:** | Arthur Gilt Farms, LLC |
| **Case Number:** | 10-05120-AJM-11    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 23, 2010 09:00 AM   IP 311 |
| **Bankruptcy Judge:** | ANTHONY J. METZ |
| **Courtroom Clerk:** | ROBIN STANLEY |
| **Reporter / ECR:** | MARCELLA LOCKERT |

### Matters:

1) Continued Hearing: Debtor's First Day Motion to Pay Pre-Petition Obligations to Utility Providers and to Establish Adequate Protection to Utilities [8]
   **R / M #:**   8 / 0

2) Continued Hearing: Debtor's First Day Motion for Entry of Interim Order Authorizing Debtor (A) to Utilize Cash Collateral Pursuant to 11 U.S.C. Section 363, and (B) Granting Adequate Protection to Prepetition Secured Lender Pursuant to 11 U.S.C. Section 361 [9]
   **R / M #:**   0 / 0

### Appearances:

MARK ALAN DRUMMOND, ATTORNEY FOR ARTHUR GILT FARMS, LLC
CHARLES R. WHARTON, ATTORNEY FOR U.S. TRUSTEE
RONALD W. BUCHMEIER, ATTORNEY FOR FIRST FARMERS BANK & TRUST C/O HOPPER BL

### Proceedings:

(1) DISPOSITION: Hearing held. Motion Granted. Mark Drummond to submit order. (2) DISPOSITION: Hearing held. Parties agree to extend cash use for 3 months. Hearing continued to 12/20/10 at 9:00 a.m. Ron Buchmeier to submit order.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED. THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT. IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**